Affirmed and Majority and Concurring Opinions filed January 11, 2007








Affirmed and Majority and Concurring Opinions filed
January 11, 2007.

 




 
 
  
 
 




 

In The

 

Fourteenth Court of
Appeals

_______________

 

NO. 14-05-00254-CV

_______________

 

WARWICK TOWERS COUNCIL OF CO‑OWNERS, by and
through

ST. PAUL FIRE & MARINE INSURANCE COMPANY,
Appellant

 

V.

 

 

PARK WARWICK, L.P., PARK WARWICK INVESTMENTS, L.L.C.,

AND PARK HOTEL INVESTMENTS, L.L.C., Appellees

                                                                                                                                               


On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 03-31949

                                                                                                                                                

 

C O N C U R R I N G   O P I N I O N

 

Our Supreme Court does not foster
appellate disposition based on procedural defects when parties have not been
afforded opportunity to amend under Rule 44.3, Tex. R. App. P. The majority has
disposed of this case by identifying a procedural defect which was not raised
or briefed by the parties.  I respectfully submit that an opinion without
citations to authority supporting the essential reason for disposition is of no
moment.  








As an insuror and subrogee, St. Paul
is asserting uncontested contractual or equitable subrogation rights.  St. Paul
is entitled to disposition of the issues presented in its appellate brief. 
Accordingly, I concur in the result only because I would affirm if this case
were considered on the merits.

 

 

/s/        Charles W. Seymore

Justice

 

Judgment rendered and Majority and
Concurring Opinions filed January 11, 2007.

Panel consists of Justices Hudson,
Edelman, and Seymore.  (Edelman, J., majority).